NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, : : : Plaintiff, : : v. : : PAUL'S GASOLINE SERVICES, INC., : CHHATTARPAL SINGH and BALBIR : KAUR, : : Defendants. | Civil No. 19-17406 (RBK/JS) **ORDER** |

**KUGLER**, United States District Judge:

This matter comes before the Court on Plaintiff Truist Bank's[1] Motion for Default Judgment (Doc. No. 10); and for the reasons set forth in the accompanying Opinion of today's date

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Default Judgment is **GRANTED IN PART** and **DENIED IN PART**.

2. **JUDGMENT SHALL BE ENTERED** against Defendant Paul's Gasoline Services, Inc. in the amount of $661,138.24, plus $11,897.00 in attorney's fees, plus continuing interest as set forth in the underlying loan agreements (Doc. Nos. 1-3, 1-7, 1-10, 1-12).

3. Plaintiff may file a renewed Motion for Default Judgment against Defendants Chhattarpal Singh and Balbir Kaur and/or file an application for the $43,647.10 in miscellaneous expenses on or before July 23, 2020.

---

[1] Since initiating this lawsuit, Plaintiff has changed its name to Truist Bank. (Doc. No. 10-2 at 5).

1

2

Dated: July 2, 2020                                     /s/ Robert. B. Kugler
                                                                               ROBERT B. KUGLER
                                                                               United States District Judge