NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| BRANCH BANKING AND TRUST COMPANY, | : | |
|  | : | |
| Plaintiff, | : | Civil No. 19-17406 (RBK/JS) |
|  | : | |
| v. | : | **JUDGMENT IN FAVOR OF** |
|  | : | **PLAINTIFF AGAINST DEFENDANT** |
| PAUL'S GASOLINE SERVICES, INC., CHHATTARPAL SINGH and BALBIR KAUR, | : | |
|  | : | |
| Defendants. | | |

**KUGLER**, United States District Judge:

This matter comes before the Court on Plaintiff Truist Bank's Motion for Default Judgment (Doc. No. 14) and Application for Expenses (Doc. No. 15); and for the reasons set forth in the accompanying Opinion **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Default Judgment is **GRANTED** with the exception of the application for attorney's fees. Because we **DENIED** without prejudice this application for attorney's fees, Plaintiff may file further documentation to support it; and

2. The Application for Expenses is **GRANTED**; and

3. **JUDGMENT SHALL BE ENTERED** against Defendants Singh and Kaur in the amount of $703,902.75, jointly and severally, as set forth in the underlying loan agreements.

Dated: 2/19/2021

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

1